Personal Data Sheet    USAO# **2021R00050**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES **X** NO
RELATED CASE NO. _____

County: **Travis**    **AUSTIN** Division    Judge: _____

Date: **03-16-2022**   Mag Ct.# _____   SSN: _____   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: **Daniel Lipton (DOJ Antitrust)**
**AUSA Matthew Devlin**

Defendant: **Hyuk Jin KWON (1)**    Date of Birth: **REDACTED**

Defendant aka: _____

Address: _____

Citizenship:   United States ____   Mexico ____   Other ____

Interpreter Needed:   Yes ____   No ____   Language ____

Defense Attorney: **Yong Eui SONG**    Employed **X**

Address of Attorney: _____    Appointed ____

Defendant is:   In Jail ____   Where: ____
                On Bond ____   Amt. of Bond ____   Where: ____

Date of Arrest: _____   Bench Warrant Needed ____

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description):   **Ct. 1: 15 U.S.C. § 1 - Conspiracy to Restrain Trade**
                                 **Ct. 2: 18 U.S.C. § 1343 – Wire Fraud**

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence:
Ct. 1: Max. 10 yrs imprisonment; 3 yrs TSR; $1,000,000 fine; $100 SA
Ct. 2: Max. 20 yrs imprisonment; 3 yrs TSR; $250,000 fine or 2x gross gain/loss; $100 SA

Penalty is Mandatory:   Yes **X** as to SA only    No ____

Remarks: _____

```
1:22CR00049  LY
```

Sealed _____
Unsealed  **X**     Personal Data Sheet     USAO# **2021R00050**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES __X__ NO
RELATED CASE NO. _____

County:  **Travis**     **AUSTIN** Division     Judge: _____

Date: **03-16-2022**  Mag Ct.# _____  SSN: _____  FBI#: _____

Case No.: _____   Assistant U. S. Attorney: **Daniel Lipton (DOJ Antitrust)**
                                                  **AUSA Matthew Devlin**

Defendant: **Hyun Ki SHIN (2)**          Date of Birth: **REDACTED**

Defendant aka: _____

Address: _____

Citizenship:   United States _____   Mexico _____   Other _____

Interpreter Needed: Yes _____  No _____  Language _____

Defense Attorney: **Yong Eui SONG**     Employed **X**

Address of Attorney: _____        Appointed _____

Defendant is:  In Jail _____  Where: _____
               On Bond _____  Amt. of Bond _____  Where: _____

Date of Arrest: _____        Bench Warrant Needed _____

Prosecution By:        Information _____     Indictment **X**

Offense (Code & Description):  **Ct. 1: 15 U.S.C. § 1 - Conspiracy to Restrain Trade**
                               **Ct. 2: 18 U.S.C. § 1343 – Wire Fraud**

Offense Is:       Felony **X**     Misdemeanor _____

Maximum Sentence: **Ct. 1: Max. 10 yrs imprisonment; 3 yrs TSR; $1,000,000 fine; $100 SA**
                  **Ct. 2: Max. 20 yrs imprisonment; 3 yrs TSR; $250,000 fine or 2x gross gain/loss; $100 SA**

Penalty is Mandatory:  Yes **X** as to SA only              No _____

Remarks: