UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Criminal No: 1:22-cr-00049-LY |
| v. ) | |
| ) | |
| ) | |
| HYUK JIN KWON and ) | |
| HYUN KI SHIN ) | |
| ) | |
| ) | |
| ) | |

**UNITED STATES' MOTION FOR ATTORNEY WITHDRAWAL**

The United States respectfully moves to withdraw the appearance of Trial Attorney Terence A. Parker as counsel of record in this matter. The undersigned counsel is scheduled to begin a detail to a different component of the U.S. Department of Justice in September 2023, and will no longer be assigned to this matter. The United States will continue to be represented in this matter by Trial Attorneys Daniel Lipton and Daniel Chung, who have both entered appearances on the docket.

DATED: August 22, 2023

                                            Respectfully submitted,

                              By:    /s/ *Terence A. Parker*
                                        TERENCE A. PARKER
                                        Trial Attorney
                                        United States Department of Justice
                                        Antitrust Division
                                        Washington II Criminal Section
                                        NY Bar No. 5775192
                                        Tel: (202) 705-6156
                                        Email: Terence.Parker2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2023, a Motion for Attorney Withdrawal was electronically filed with the Clerk of the Court using the CM/ECF System, thus providing notification of such filing to all counsel of record.

/s/ *Terence A. Parker*
TERENCE A. PARKER
Trial Attorney
U.S. Department of Justice
Antitrust Division
Washington II Criminal Section