UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | Criminal No: 1:22-cr-00049-LY |
| v. | ) | |
| | ) | |
| | ) | |
| HYUK JIN KWON and | ) | |
| HYUN KI SHIN | ) | |
| | ) | |
| | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR ATTORNEY WITHDRAWAL

The United States' motion to withdraw the appearance of Trial Attorney Terence A.

Parker as counsel of record in this matter is **GRANTED**.  Trial Attorney Terence A. Parker is

terminated as counsel of record in this matter.


DATED:_____


_____
The Honorable Robert Pitman
United States District Judge